

# Fourth Court of Appeals
## San Antonio, Texas

March 29, 2018

No. 04-17-00839-CV

Marilyn **STEWART**,
Appellant

v.

**FIESTA CITY REALTORS**,
Appellee

From the County Court at Law No. 3, Bexar County, Texas
Trial Court No. 2017-CV-05536
Honorable David J. Rodriguez, Judge Presiding

# O R D E R

The appellant's motion for extension of time to file amended brief is hereby GRANTED. Time is extended to April 25, 2018.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 29th day of March, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court